UNCLASSIFIED//FOR PUBLIC RELEASE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Filed with Classified
Information Security Officer

CISO _____

Date _____9/1/11_____

|  |  |
|---|---|
| MUKHTAR YAHIA NAJI AL WARAFI (ISN 117), | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| BARACK OBAMA, *et al.*, | ) ) |
| Respondents. | ) ) ) ) |

Civil Action No. 09-2368 (RCL)

## ORDER

Upon consideration of the parties' briefs on remand, the replies thereto, the applicable law, and the entire record herein, it is for the reasons stated in the accompanying Memorandum Opinion hereby

ORDERED that respondents' Renewed Motion on Remand for Judgment on the Record is GRANTED; and it is furthermore

ORDERED that petitioner's petition for a writ of habeas corpus is DENIED.

**SO ORDERED.**

8/31/11
DATE

Royce C. Lamberth
ROYCE C. LAMBERTH
CHIEF JUDGE

SECRET//NOFORN